# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JARED LYNCH,<br><br>  Defendant. | Case No: 2:13-mj-00905-CWH<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 26, 2014, at the hour of 9:00 a.m., be vacated and continued to __April 2__, 2014, at the hour of 9:00 a.m.

DATED this __20th__ day of February, 2014

_____
UNITED STATES MAGISTRATE JUDGE

3